THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS LYNCH and Others.— Motion granted and the time of appellants to serve and file their points on appeal enlarged until August 1, 1931, with notice of argument for October 6, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EDWARD S. MITCHELL, INC., v. DANNEMANN HOSIERY MILLS. (Action No. 3.) — Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MAUD L. KAMBER, Respondent, v. NORMANDIE NATIONAL SECURITIES CORPORATION and Another, Defendants, Impleaded with ABRAHAM E. LEFCOURT, Appellant.— Order so far as appealed from modified by granting the motion to vacate all items of the notice of examination except f, g, q and r, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL SACKS, Respondent, v. NORMANDIE NATIONAL SECURITIES CORPORATION and Another, Defendants, Impleaded with OSCAR F. GRAB, Appellant.— Order so far as appealed from modified by granting the motion to vacate all items of the notice of examination except f, g, q and r, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ADOLPH BRONNE, Respondent, v. NORMANDIE NATIONAL SECURITIES CORPORATION, Appellant, Impleaded with Others.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs, to vacate all of the items of the notice of examination. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MARY MARCUS.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of SIMON HOUSMAN, an Attorney.— Motion denied as indicated in order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of JAMES M. HOYT to Vacate and Quash an Alleged Subpoena Dated April 23, 1931, Purporting to Have Been Issued by the Attorney-General of the State of New York.— Motion granted upon condition that the appellant procure the record on appeal and appellant's points to be served upon the respondent on or before the 8th day of June, 1931, and procure the same to be filed on said date with notice of argument for June 9, 1931, and that the said appeal be argued or submitted on the 9th day of June, 1931. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

COY OPERATING CO., INC., v. TIFFANY PRODUCTIONS, INC., Impleaded, etc. — Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THEODORE DUDAR, Respondent, v. MILEF REALTY CORPORATION and J. HARRY McNALLY, INC., Appellants. MILEF REALTY CORPORATION, Appellant, v. J. HARRY McNALLY, INC., Respondent, and PIETROWSKI & KONOP COMPANY, INC., Defendant.— Judgment entered May 27, 1930, affirmed, with costs to plaintiff, respondent, against defendants, appellants. Judgment entered December 26, 1930, affirmed, with costs to defendant, respondent, J. Harry McNally,